**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:          Oscar T. Daughtry, Jr.                    Case No.  14-34521-KLP

Debtor.                                        Chapter 7

## MOTION TO REOPEN BANKRUPTCY CASE

COMES NOW Oscar T. Daughtry, Jr., by counsel, and requests that the Court reopen his

bankruptcy case by reason of the following:

1.    The Debtor filed his Chapter 7 case on August 21, 2014 and was assigned case number

14-34521-KLP.

2.    The Debtor included creditor Branch Banking and Trust Company on Schedule F of his

petition.

3.    The Debtor received his Chapter 7 discharge pursuant to 11 U.S.C. 524 on December 8,

2014.

4.    Branch Banking and Trust Company, now represented by Rosenberg & Associates, LLC,

has since violated the discharge order pursuant to 11 U.S.C. 524 on many different occasions.

5.    Branch Banking and Trust Company, as well as Rosenberg & Associates, LLC have been

notified multiple times that the debt owed to Branch Branking and Trust Company was

discharged in the Debtor's Chapter 7 bankruptcy and all collection activity should cease.

Hunter R. Wells, VSB #82791
Robert A. Canfield, VSB #16901
Canfield, Baer & Heller, LLP
Post Office Box 1324
201 East Broadway Avenue
Hopewell, VA 23860
☎804-458-9813
🖷804-541-4132
*Counsel for Debtor, Oscar T. Daughtry, Jr.*

6.   Branch Banking and Trust Company and Rosenberg & Associates, LLC have continued to pursue the Debtor, sending collection notices, commencing foreclosure proceedings and even filing suit in the Circuit Court for the City of Hopewell, Virginia.

WHEREFORE, Oscar T. Daughtry, Jr. asks that this Court to reopen his bankruptcy case so that he may file a Motion for Contempt against Branch Banking and Trust Company and Rosenberg & Associates, LLC and for such other and any further relief as the Court deems just.

OSCAR T. DAUGHTRY, JR.


By: /s/ Hunter R. Wells
Counsel


Hunter R. Wells, VSB#82791
Robert A. Canfield, VSB #16901
Canfield, Baer & Heller, LLP
Post Office Box 1324
201 East Broadway Avenue
Hopewell, VA 23860
☎804-458-9813
🖷804-541-4132
*Counsel for Debtor, Oscar T, Daughtry, Jr.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:       **Oscar T. Daughtry, Jr.**               **Case No.  14-34521-KLP**

                      **Debtor.**                           **Chapter 7**

3703 Spring Road
Hopewell, Virginia 23860

SSN: xxx-xx-3123

## <u>NOTICE OF HEARING</u>

      Oscar T. Daughtry, Jr. has filed a motion to reopen his bankruptcy case.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to grant the relief requested in the objection, or if you want the Court to consider your views on the objection, then on or before 21 days after the filing of this Motion, you or your attorney must:

      ■ File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(h)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

                Clerk of the Court
                United States Bankruptcy Court
                Eastern District of Virginia, Richmond Division
                701 E. Broad Street
                Richmond, VA 23219

You must also mail a copy to:

                Hunter R. Wells, Esquire
                201 East Broadway
                Hopewell, VA 23860

■ Attend the hearing scheduled on **May 4, 2016 at 11:10 a.m.,** in the United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the request of Oscar T. Daughtry, Jr.

By: /s/   Hunter R. Wells
Counsel

Hunter R. Wells, VSB #82791
Robert A. Canfield, VSB #16901
Canfield, Baer & Heller, LLP
201 East Broadway
Hopewell, VA 23860
☎804-458-9813
📠804-541-4132
*Counsel for Debtor, Oscar T. Daughtry, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2016, a true copy of the foregoing Motion and Notice was sent either electronically or by U.S. Mail, first-class, postage prepaid, to all necessary parties as follows on the attached mailing matrix and to:

Jullie Ann Evasco
William O. Rountree
Rosenberg & Associates, LLC
860 Greenbrier Circle, Suite 101
Chesapeake, Virginia 23320

By: /s/ Hunter R. Wells
Counsel

Mailing Matrix

Office of the U.S. Trustee
701 East Broad St.
Richmond, VA 23219-1885


Oscar Thomas Daughtry, Jr.
3703 Spring Road
Hopewell, VA 23860-0000


Bank of America
P.O. Box 982235
El Paso, TX 79998-2235


BB&T Mortgage
P.O. Box 3307
Greenville, SC 29602-0000


Discover
P.O. Box 30952
Salt Lake City, UT 84130-0952


Vantage Point Federal Credit U
3600 Oaklawn Blvd.
Hopewell, VA 23860-0000


**Bruce E. Robinson**
P.O. Box 538
415 E. Atlantic Street
South Hill, VA 23970-0538